COM.

v.

THOMPSON, C.

49 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–36–CR–0001017–2012
CP–36–CR–0001588–2011
(Lancaster)

Affirmed

COM.

v.

SMITH, S.

168 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–54–CR–0000996–2011
(Schuylkill)

Remanded Jurisdiction Retained

■

PICARELLA, C., Jr.

v.

MCCARTHY, M.

104 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

CV–16–2173, (Northumberland)

Affirmed

■

COM.

v.

MITCHELL, D.

349 MDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–41–MD–0000246–2016
(Lycoming)

Affirmed